this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922.

McCormick & Murphy, for plaintiff in error. Harold F. Trapp, for defendants in error.

Mr. Justice Heard delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Arl Young, plaintiff in error.**

Indictment for illegal sale of intoxicating liquor. Defendant convicted. Error to the County Court of Ford county; the Hon. S. Ludlow, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Schneider & Schneider and E. J. Pacey, for plaintiff in error. Claude M. Swanson, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

**Jessie Davis, appellee, v. Lester Davis, appellant.**

Suit for separate maintenance. Order entered for temporary alimony and solicitor's fee. Appeal from the Circuit Court of Fulton county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the April term, 1922. Affirmed in part and reversed in part. Opinion filed July 10, 1922.

Burnett M. Chiperfield and Claude E. Chiperfield, for appellant. Harvey H. Atherton and Glenn Ratcliff, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Jessie Davis, appellee, v. Lester Davis, appellant.**

Suit for separate maintenance. Petition for alimony and solicitor's fees pending an appeal from an order allowing temporary alimony and solicitor's fees. Petition granted. Appeal from the Circuit Court of Fulton county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Burnett M. Chiperfield and Claude E. Chiperfield, for appellant. Harvey H. Atherton and Glenn Ratcliff, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**M. H. Solliday, appellee, v. Peabody Coal Company, appellant.**

Action for damages for subsidence of plaintiff's land due to negligent mining by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922.

Walter M. Provine, for appellant. Hogan & Reese, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**D. R. Noonan, appellee, v. Emerson-Brantingham Implement Company, appellant.**

Assumpsit upon the common counts on a contract by defendant to take back a tractor which plaintiff had paid for. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon.